UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                               CASE NO. 2:14-cr-93-FtM-38CM

ETHEAL CLARK
_____

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the United States' Motion for a Forfeiture Money Judgment in the amount of $124,529.40 against defendant Etheal Clark, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

Being fully advised of the relevant facts, the Court hereby finds that the defendant obtained $124,529.40 in proceeds as a result of the violation of 18 U.S.C. § 641 as charged in Count One of the Indictment, to which she pleaded guilty.

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the defendant is liable for a forfeiture money judgment in the amount of $124,529.40.

The Court retains jurisdiction to enter any orders required for the forfeiture and disposition of any property belonging to the defendant that the government is

entitled to forfeit under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), as a substitute asset to satisfy the defendant's $124,529.40 money judgment.

**DONE** and **ORDERED** in Fort Myers, Florida, on April 1, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record